| AO 10 Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2009 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Urbina, Ricardo M. | USDC - District of Columbia | 5/14/2010 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge (active) | ☐ Nomination, Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> 5b. ☐ Amended Report | 01/01/2009 to 12/31/2009 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| Prettyman U.S. Courthouse <br> 333 Constitution Ave., N.W. <br> Washington, D.C. 20001 | Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board of Directors | National Home Library Foundation |
| 2. Council Member | American University, Washington School of Law Dean's Diversity Council |
| 3. Council Member | Council for Court Excellence |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1995 | District of Columbia Superior Court, Retirement Fund |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Urbina, Ricardo M. | 5/14/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. Jan-Dec | Adjunct Professor at a law school, both Fall and Spring semesters, see Section VIII | $16,512.47 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. Jan-Dec | Income -- Pension (see VIII) |
| 2. Feb.-Aug. | Full & part-time retail sales position (see VIII) |
| 3. Sept.-Dec. | Part-time retail sales position (see VIII) |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Board of Trial Advocates, 2009 National Jury Summit | April 1-4, 2009 | San Francisco, CA | Speaker | airfare, meals, ground transportation, lodging |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Urbina, Ricardo M. | 5/14/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Urbina, Ricardo M. | 5/14/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Presidential Bank FSB Plus Checking | A | Interest | J | T | | | | | |
| 2. Presidential Bank Savings | A | Interest | K | T | | | | | |
| 3. D.C. Government Federal Credit Union | A | Interest | J | T | | | | | |
| 4. Pentagon Federal Savings Account | A | Interest | J | T | | | | | |
| 5. Pentagon Federal IRA Account | A | Interest | J | T | | | | | |
| 6. Cardinal Bank Savings | A | Interest | L | T | | | | | |
| 7. Capital One Account | A | Interest | | | Closed | 10/23/09 | J | A | |
| 8. Justice Federal Credit Union | A | Interest | J | T | Open | 06/22/09 | J | | |
| 9. T Rowe Price 2010 Retirement Fund (see VIII) | E | Dividend | | | Closed | 02/23/09 | K | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V - Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Urbina, Ricardo M. | 5/14/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part IIIA - Income
Name of law school - ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Part IIIB - ▓▓▓ Income
#1 - Pension - Arlington County, VA, retired 2006
#2 - Employer - Nordstrom
#3 - Employer, Classics for Kids, Inc.

Part VII
T Rowe Price 2010 Retirement Fund: Did not report this investment on previous reports because filer thought that pension/retirement accounts of ▓▓▓ were exempt from reporting. ▓▓▓ deferred compensation retirement account from Arlington County (managed by ING) was rolled over to T Rowe Price fund when ▓▓▓ retired in 2006. Account was opened May 17, 2006 in amount of $23,486.99. Underlying holdings in account were:
Domestic stock 44% - Equity Index 500 Fund, Growth Stock Fund, Mid Cap Growth Fund, Mid Cap Value Fund, New Horizons Fund, Small Cap Stock Fund, Small Cap Value Fund, Value Fund.
International stock 11% - Immerging Markets Stock Fund, International Growth & Income Fund, Overseas Stock Fund
Fixed income 35% - Emerging Markets Bond Fund, High Yield Fund, International Bond Fund, New Income Fund
Short term income 10% - Short Term Income Fund

| Name of Person Reporting | Date of Report |
|---|---|
| Urbina, Ricardo M. | 5/14/2010 |

## IX. CERTIFICATION.

**I certify** that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is **accurate, true, and complete** to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

**I further certify** that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544